[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-12554

Non-Argument Calendar

_____

READERLYN CARTER TUCKER,

Plaintiff-Appellant,

*versus*

MARK HARRIS,
ALETHEA HARRIS,
DEPARTMENT OF SOCIAL SERVICES,
Onslow County, CPS,
NIKKI WATKINS,
NATAKI WALKERS,

Defendants-Appellees.

2                    Opinion of the Court                    24-12554

————————————

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 4:24-cv-00069-CDL-AGH

————————————

Before WILSON, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Readerlyn Tucker appeals from the district court's order transferring her case to the Eastern District of North Carolina, but that order is not appealable. *See* 28 U.S.C. § 1406(a) (providing that a district court may transfer a case if venue is lacking in the district court in which the case was filed); *Stelly v. Emps. Nat'l Ins. Co.*, 431 F.2d 1251, 1253 (5th Cir. 1970) (holding that an order transferring a case under 28 U.S.C. § 1406(a) is interlocutory and non-appealable); *Middlebrooks v. Smith*, 735 F.2d 431, 433 (11th Cir. 1984) (explaining that a transfer order is not immediately appealable under the collateral order doctrine).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.